UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL J. MERRITT

VERSUS

THE DOW CHEMICAL COMPANY
VOLUNTARY GROUP ACCIDENT
INSURANCE PLAN

CIVIL ACTION

NUMBER 07-611-FJP-SCR

**ORDER**

This case was assigned for an initial scheduling conference on December 20, 2007.  Defendant filed a Motion for Summary Judgment, which still pending.  Counsel were contacted and neither advised the court that a scheduling conference or a scheduling order is needed at this time.

Therefore;

IT IS ORDERED that the December 20, 2007 scheduling conference is canceled.

Baton Rouge, Louisiana, December 20, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE